# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL NO.** 26cr373 TJS |
| v. | : | **DATE FILED:** |
| VICTOR MANSON | : | **VIOLATION:**<br>**18 U.S.C. § 2113(a) (bank robbery – 1** |
| | : | **count)**<br>**Notice of forfeiture** |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about July 9, 2026, in Philadelphia, in the Eastern District of Pennsylvania, defendant

## VICTOR MANSON

knowingly and unlawfully, by force and violence, and by intimidation, took from an employee of PNC Bank, located at 8340 Germantown Avenue, Philadelphia, Pennsylvania, lawful currency of the United States, that is, approximately $3,284, belonging to, and in the care, custody, control, management, and possession of PNC Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, Section 2113(a).

1

## <u>NOTICE OF FORFEITURE</u>

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      As a result of the violation of Title 18, United States Code, Section 2113(a), set forth in this indictment, defendant

**VICTOR MANSON**

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violations, including, but not limited to, the sum of $3,284.

2.      If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the Court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 981(a)(1)(C).

A TRUE BILL:

_____ /FoR

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*_ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

**VICTOR MANSON**

INDICTMENT

Count
**18 U.S.C. § 2113(a) (bank robbery – 1 count)**
**Notice of Forfeiture**

Bail, $_____